CHIEF JUSTICE
CAROLYN WRIGHT

JUSTICES
DAVID L. BRIDGES
MOLLY FRANCIS
DOUGLAS S. LANG
ELIZABETH LANG-MIERS
ROBERT M. FILLMORE
LANA MYERS
DAVID EVANS
DAVID LEWIS
ADA BROWN
CRAIG STODDART
BILL WHITEHILL
DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

March 10, 2015

Ms. Nina Hess Hsu
General Counsel
Supreme Court of Texas
PO Box 12248
Austin, Texas 78711

RE:    Court of Appeals Number:    05-15-00214-CV
         Trial Court Case Number:    429-53095-2010

Style:  In the Interest of S.M.R. and A.L.R., Children

Dear Ms. Hsu:

      Pursuant to the procedure set forth in *Miles v. Ford Motor Co.*, 914 S.W.2d 135, 127 n.2 (Tex. 1995) (per curiam), the Court is referring the motion to transfer in the above referenced case to the Texas Supreme Court. A copy of the motion and our order abating the case pending disposition of the motion to transfer are attached. As stated in that order, because appellant is an employee of the Court, the Fifth District Court of Appeals does not object to the transfer of the appeal.

      The Court appreciates your assistance with this matter.

Respectfully,

Carolyn Wright
Chief Justice

Enclosures

cc:    Blake A. Hawthorne, Clerk of the Texas Supreme Court
      All parties
ltr:cw